UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

Carmen Gambina, individually and
on behalf of all others similarly situated;

    Plaintiff,

       v.                          CASE NO.: 7:19-cv-6190

Merchants & Medical Credit Corporation, Inc.
and John Does 1-25.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice as to Plaintiff, without prejudice as to the putative class, and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 19, 2019

**For Plaintiff Carmen Gambina**

/s/ David P. Force
David P. Force
Stein Saks, LLC
285 Passaic Street
Hackensack, NJ 07601
Ph: (201) 282-6500
dforce@steinsakslegal.com

**For Defendant Merchants & Medical Credit Corporation, Inc.**

Andrew Michael Schwartz
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Ph: (215) 717-4023
amschwartz@grsm.com

## CERTIFICATE OF SERVICE

I certify that on November 19, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David Force
David Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:   11/21/19